**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| One Samsung Galaxy 9 Cell Phone Bearing | ) | **ORDER** |
| Serial Number: R38K00XX5P and One LG | ) | |
| Cell Phone Bearing Serial number: | ) | Case No. 1:18-mj-184 |
| 708CQFT0504803 | ) | |

     The above-captioned Search Warrant was ordered sealed pending further instruction from the court.  The court hereby **ORDERS** that above-captioned Search Warrant  shall  remain sealed until August 27, 2018, at which time it shall be unsealed without further order of the court.

     Dated this 22nd day of August, 2018.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court